# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In Re: | Case No. 20-11665 |
| Beverly E Satterfield | Chapter 13 |
| Debtor(s). | Judge Beth A. Buchanan |

**AMENDED WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN REGARDING PROPERTY KNOWN AS: 2013 MAZDA CX-5 - VIN JM3KE4DE6D0168018 (Doc. 11)**

Bridgecrest Credit Company, LLC ('Creditor'), by and through their undersigned counsel, hereby withdraws their Objection to Chapter 13 Plan Regarding Property Known As: 2013 MAZDA CX-5 - VIN JM3KE4DE6D0168018 (Doc. 11).

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Amended Withdrawal was served **electronically** on July 15, 2020 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on July 15, 2020 addressed to:

Beverly E Satterfield, Debtor
3368 Anaconda Drive
Cincinnati, OH 45211

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor